

# United States District Court
## Eastern District of California

| Fidel Arteaga Hernandez |
|---|

Plaintiff(s)

V.

| Pamela Bondi, et al. |
|---|

Defendant(s)

Case Number: | 1:26-cv-00486-TLN-SCR |
|---|

APPLICATION FOR PRO HAC VICE
AND ORDER

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Anna A. Tijerina hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:

Fidel Arteaga Hernandez

On _____11/18/2016_____ (date), I was admitted to practice and presently in good standing in the _____U.S. District Court for Maryland_____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

☐ I have / ☑ I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)

Date: _____01/20/2026_____     Signature of Applicant: /s/ Anna A. Tijerina_____

**Pro Hac Vice Attorney**

Applicant's Name: Anna A. Tijerina

Law Firm Name: Griffith Immigration Law

Address: 300 East Lombard Street

Suite 1030

City: Baltimore   State: MD   Zip: 21202

Phone Number w/Area Code: (410) 244-5005

City and State of Residence: Baltimore, Maryland

Primary E-mail Address: anna@raygriffithlaw.com

Secondary E-mail Address:

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Sameer Khedekar

Law Firm Name: Vanguard Visa Law

Address: 1049 El Monte Avenue #10

Suite C

City: Mountain View   State: CA   Zip: 94040

Phone Number w/Area Code: (650) 275-3124   Bar # 230018

## ORDER

The Pro Hac Vice Application is APPROVED. The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: January 21, 2026

JUDGE, U.S. DISTRICT COURT